**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SHIRE LLC, et al.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>AMNEAL PHARMACEUTICALS, LLC, et al.,<br><br>                    Defendants. | C.A. No.: 2:11-cv-03781(SRC)(CLW) (CONSOLIDATED) |
| SHIRE LLC, et al.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>WATSON LABORATORIES, INC. et al.,<br><br>                    Defendants. | C.A. No.: 12-CV-83<br><br>**DOCUMENT FILED ELECTRONICALLY**<br><br>**RETURN DATE:** March 17, 2014 |

**NOTICE OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**
**OF ANTICIPATION OF CLAIMS 1, 2 AND 5 OF U.S. PATENT NO. 7,662,787**

**TO ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on Monday, March 17, 2014, at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel for Defendants in the above-captioned matter will move before the Honorable Stanley R. Chesler, U.S.D.J., Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order pursuant to Fed. R. Civ. P. 56, granting Defendants summary judgment that claims 1, 2 and 5 of U.S. Patent No. 7,662,787 are invalid as anticipated by Australian Patent Specification AU 54/168/65 ("AU '168"); or, if the Court does not conclude that claims 1, 2 and 5 of U.S.

Patent No. 7,662,787 are invalid as anticipated, for an Order pursuant to Fed. R. Civ. P. 56(g), granting Defendants summary judgment that AU '168 indisputably discloses and enables "L-lysine-d-amphetamine."

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendants shall rely upon the accompanying Memorandum of Law, Statement of Undisputed Material Facts, Declaration of Diane C. Ragosa, Esq. and exhibits thereto, oral argument of the parties, if any, and upon all pleadings and proceedings on file in this matter.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order granting Defendants' Motion is also submitted herewith for the Court's consideration.

Dated:  February 21, 2014

                                              Respectfully submitted,

By: s/Stuart D. Sender
Stuart D. Sender
Ellen T. Lowenthal
Kenneth E. Crowell
**BUDD LARNER, PC**
150 John F. Kennedy Parkway
Short Hills, NJ 07078-2703

H. Keeto Sabharwal
Daniel E. Yonan
Marsha R. Gillentine
Jeremiah B. Frueauf
**STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.**
1100 New York Avenue, NW
Washington, DC 20005

*Attorneys for Defendant Amneal Pharmaceuticals LLC*

By: s/Diane Ragosa
Diane Ragosa
Saira B. Haider
**AXINN, VELTROP & HARKRIDER LLP**
114 West 47th Street
New York, NY 10036

Jonathan A. Harris
**AXINN, VELTROP & HARKRIDER LLP**
900 State House Square
Hartford, CT 06103

*Attorneys for Defendants Actavis Elizabeth LLC and Actavis LLC*

By: s/Rachel Blitzer
Gregory R. Haworth
**DUANE MORRIS LLP**
1037 Raymond Boulevard, Suite 1800
Newark, NJ 07102-5429

Douglas R. Nemec
Stacey L. Cohen
Rachel Blitzer
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Four Times Square
New York, NY 10036-6522

*Attorneys for Defendants Johnson Matthey Inc. and Johnson Matthey Pharmaceutical Materials.*

By: s/Eric I. Abraham
Eric I. Abraham
Christina L. Saveriano
**HILL WALLACK LLP**
202 Carnegie Center
Princeton, NJ 08540

M. Andrew Woodmansee
Matthew M. D'Amore
Eric C. Pai
**MORRISON & FOERSTER LLP**
12531 High Bluff Drive
Suite 100
San Diego, CA 92130

*Attorneys for Defendant Sandoz Inc.*

By: s/Arnold B. Calmann
Arnold B. Calmann
Jeffrey Soos
Geri L. Albin
**SAIBER LLC**
One Gateway Center
10th Floor, Suite 1000
Newark, NJ 07102

Matthew R. Reed
Katherine Hasper
**WILSON SONSINI GOODRICH & ROSATI**
650 Page Mill Road
Palo Alto, CA 94304

Wendy L. Devine
**WILSON SONSINI GOODRICH & ROSATI**
12235 El Camino Real
San Diego, CA 92130

*Attorneys for Defendants Mylan Pharmaceuticals Inc. and Mylan Inc.*

By: s/Mark S. Olinsky
Mark S. Olinsky
Theodora McCormick
**SILLS CUMMIS & GROSS P.C.**
The Legal Center
One Riverfront Plaza
Newark, NJ 07102

Alan B. Clement
Peter Fallon
**LOCKE LORD LLP**
3 World Financial Center
New York, NY 10281

Scott B. Feder
Myoka Kim Goodin
Amanda K. Kelly
**LOCKE LORD LLP**
111 South Wacker Drive
Chicago, IL 60606

*Attorneys for Defendant Roxane Laboratories, Inc.*

3