Diane C. Ragosa
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
Telephone:  212-728-2200
Facsimile:  212-728-2201
dragosa@axinn.com

*Attorney for Defendants*
*Actavis Elizabeth LLC and Actavis LLC*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHIRE LLC, et al.,<br><br>             Plaintiffs,<br><br>     v.<br><br>AMNEAL PHARMACEUTICALS, LLC, et al.,<br><br>             Defendants. | C.A. No.: 2:11-cv-03781(SRC)(CLW) (CONSOLIDATED) |
| SHIRE LLC, et al.,<br><br>             Plaintiffs,<br><br>     v.<br><br>WATSON LABORATORIES, INC. et al.,<br><br>             Defendants. | C.A. No.: 12-CV-83<br><br>**DOCUMENT FILED ELECTRONICALLY**<br><br>**DECLARATION OF DIANE C. RAGOSA, ESQ. IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT OF ANTICIPATION OF CLAIMS 1, 2 AND 5 OF U.S. PATENT NO. 7,662,787** |

I, Diane C. Ragosa, hereby declare as follows:

    1.    I am an associate of the law firm of Axinn, Veltrop & Harkrider LLP, attorneys for defendants Actavis LLC and Actavis Elizabeth LLC in the above-captioned matter.

2.     I submit this Declaration in support of Defendants' motion for partial summary judgment of anticipation of claims 1, 2 and 5 of U.S. Patent No. 7,662,787. I have personal knowledge of the facts set forth in this Declaration or believe such facts to be true based upon information provided by knowledgeable persons.

3.     Attached hereto as Exhibit A is a true and correct copy of Australian Patent Specification AU 54,168/65.

4.     Attached hereto as Exhibit B is a true and correct copy of the Expert Report of Gregory C. Fu Concerning Anticipation, dated October 3, 2013.

5.     Attached hereto as Exhibit C is a true and correct copy of the November 12, 2008 Office Action from the Patent Prosecution History of U.S. Patent No. 7,662,787.

6.     Attached hereto as Exhibit D is a true and correct copy of Patent Application No. 6414901, dated December 21, 1964.

7.     Attached hereto as Exhibit E is a true and correct copy of the September 22, 2009 Notice of Allowance and Fee(s) Due from the Patent Prosecution History of U.S. Patent No. 7,662,787.

8.     Attached hereto as Exhibit F is a true and correct copy of the Reply Expert Report of Gregory C. Fu Concerning Anticipation, dated December 15, 2013.

9.     Attached hereto as Exhibit G is a true and correct copy of the Reply Expert Report of Jerry L. Atwood, Ph.D., on Invalidity, dated December 16, 2013.

10.    Attached hereto as Exhibit H is a true and correct copy of excerpts from the February 6, 2014, deposition of Dr. Alexander M. Klibanov.

11.    Attached hereto as Exhibit I is a true and correct copy of U.S. Patent No. 7,662,787.

12.     Attached hereto as Exhibit J is a true and correct copy of a publication by G.E. Ullyot, et al.

13.     Attached hereto as Exhibit K is a true and correct copy of excerpts from the February 3, 2014, deposition of Jerry Atwood, Ph.D.

14.     Attached hereto as Exhibit L is a true and correct copy of the May 7, 2007 Amendments to The Claims from the Patent Prosecution History of U.S. Patent No. 7,662,787.

15.     Attached hereto as Exhibit M is a true and correct copy of U.S. Patent No. 7,223,735.

Dated:  February 21, 2014

*/s/ Diane C. Ragosa*
Diane C. Ragosa